### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANICE A. WARD,** | ) | **CASE NO. 8:05CV161** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 16 be stricken from the record for the following reason(s):

- Incorrect Event Selected by Filer.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 16 from the record. The party is directed to re-file the document.

DATED this 5th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge